IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MARKWANN LEMEL GORDON | : | NO. 99-348-2 |

## ORDER

And now, this 7th day of February 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Markwann Lemel Gordon to reduce his sentence and grant compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. # 185) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.