IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARKWANN LEMEL GORDON | : | NO. 99-348-2 |

ORDER

And now, this 22nd day of August 2022, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of defendant Markwann Lemel Gordon to reduce his sentence and grant compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. # 202) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.