IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARKWANN LEMEL GORDON | : | NO. 99-348-2 |

<u>ORDER</u>

AND NOW, this 11th day of April 2024, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(2) The motions of defendant under 28 U.S.C. § 2255 (Docs. # 176, 180, 183, and 184) are GRANTED in part and DENIED in part;

(3) His convictions and sentences under 18 U.S.C. § 924(c) on Counts 9, 21 and 24 are VACATED;

(4) His motions under 28 U.S.C. § 2255 are otherwise DENIED; and

(5) A new sentencing hearing will be scheduled by the court after conferring with counsel.

BY THE COURT:

/s/ Harvey Bartle III
                              J.